UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSCAR ASCENCIO GUZMAN,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR

Respondent.

Case No. C26-1452-RSM

ORDER GRANTING PETITIONER'S
MOTION FOR LEAVE TO PROCEED
*IN FORMA PAUPERIS*

This matter comes before the Court on Petitioner's application to proceed *in forma pauperis* ("IFP"), Dkt. #4.  Petitioner's application demonstrates that he is unable to afford the filing fee.  Accordingly, Petitioner's Motion will be granted.

Having reviewed the instant Motion and remainder of the docket, the Court hereby finds and ORDERS that Petitioner's Motion to Proceed *In Forma Pauperis*, Dkt. #4, is GRANTED. The Clerk is directed to file Petitioner's Petition for Writ of Habeas Corpus without prepayment of fees.

DATED this 18th day of May, 2026.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* - 1